AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Anita Pedro<br>*Plaintiff*<br><br>v.<br><br>First Financial Asset Management, Inc.; and Does<br>1-10, inclusive<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   1:14-cv-1324 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*     First Financial Asset Management, Inc.
230 Peachtree Street, 17th Floor
Atlanta, Georgia 30303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sergei Lemberg, Esq.
Lemberg Law, LLC
1100 Summer Street, Third Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten
*CLERK OF COURT*

Date:     5/2/2014

s/Beverly Gutting
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  FIRST FINANCIAL c/o LEXS NEXIS RA
was received by me on *(date)*  5-9-14  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ALISHA SMITH _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  FIRS FINANCIAL
c/o LEXS NEXIS RA _____  on *(date)* 5-12-14  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/16/14

_____
Server's signature

Berhane Tassew - Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3370 Presidential Drive
Suite 148
Atlanta, Georgia 30340

_____
Server's address

Additional information regarding attempted service, etc: